```
1  PATRICK L. FORTE
   State Bar #80050
2  CORRINE BIELEJESKI
   State Bar #244599
3  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
4  Oakland, CA 94612
   Telephone: (510) 465-3328
5  Facsimile: (510) 763-8354

6  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| DAWN DeMARIE McCARTY, | No. 09-41753 RN7 |
|  | **SUBSTITUTION OF ATTORNEYS** |
| Debtor. | |
| _____/ | |

The above named debtor, DAWN DeMARIE McCARTY, hereby substitutes herself as her attorney of record in the place and stead of PATRICK L. FORTE.

Dated: October 15, 2010.    /s/ Dawn DeMarie McCarty
                            ─────────────────────────
                            DAWN DeMARIE McCARTY


I consent to the within substitution.

Dated: October 13, 2010.    /s/ Patrick L. Forte
                            ─────────────────────────
                            PATRICK L. FORTE

Page 1 of 1